IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VITAL SYSTEMS, INC., a Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>IRON MOUNTAIN, INC., a Delaware corporation,<br><br>Defendant. | Case No. 15 cv 05840<br><br>Judge Sharon Johnson Coleman |

## JOINT INITIAL STATUS REPORT

Plaintiff and Defendant, through their respective counsel, hereby submit the following Joint Initial Status Report:

**A.** This matter is scheduled for an initial status hearing with the Court on August 17 2015 at 9:00 a.m.

**B.** Attorneys of Record:

| PLAINTIFF | DEFENDANT |
|---|---|
| Richard James Miller<br>Miller Law Firm, P.C.<br>1051 Perimeter Drive, Suite 400<br>Schaumburg, Illinois 60173<br>(847) 995-1205 | Edward J. Sedlacek<br>Thomas A. Christensen<br>Huck Bouma, P.C.<br>1755 South Naperville Road, Suite 200<br>Wheaton, Illinois 60189<br>(630) 221-1755 |

**C.** Basis for Federal Jurisdiction:

This Court has original jurisdiction over Plaintiffs' claims through 28 U.S.C. §1332.

**D.** Whether a Jury Has Been Requested:

Neither party has demanded a trial by jury.

### E. Nature of the Claims

Plaintiff alleges that Defendant breached a written contract and also violated the Illinois Consumer Fraud and Deceptive Business Practices Act.

### F. Relief Sought

Plaintiff seeks compensation of $750,000.00 plus punitive damages for the Violation of the Illinois Consumer and Deceptive Business Practices Act.

### G. Status of Service

All parties have been served.

### H. Principal Legal Issues

Whether the Defendant breached the written contract and whether Defendants actions violate the Illinois Consumer and Deceptive Business Practices Act. If a violation did occur, what are the Plaintiff's damages?

### I. Principal Factual Issues

Whether the Defendant's actions constitute a violation of the Illinois Consumer and Deceptive Business Practices Act or is the violation a simply breach of the contract.

### J. Pending Motions

At this time, there is a motion pending to dismiss Count II of the Complaint pursuant to Rule 12(b)(6), specifically to dismiss the alleged violation under the Illinois Consumer and Deceptive Business Practices Act.

K. **Proposed Discovery Plan**

The parties have yet to serve written discovery on the respective parties. The parties propose the following discovery plan:

a. 26(a)(1) disclosures shall be exchanged on or before **August 28, 2015**;

b. The parties' first round of written discovery requests shall be served on or before **October 15, 2015**;

c. All fact discovery shall be noticed so that it may be completed by **February 28, 2016**;

d. The deadline for amending pleadings and bringing in other parties shall be **November 30, 2015**;

e. The deadline for the parties to file dispositive motions shall be **March 31, 2016.**

L. **Trial Date**

The parties anticipate that this matter will be ready for trial in July, 2016.

M. **Status of Settlement Discussions**

The parties have discussed settlement and continue to discuss a potential resolution of this matter.

N. **Consent to Magistrate**

The parties do not consent to the jurisdiction of Magistrate Judge.

Respectfully submitted,

| | |
|---|---|
| **s/Richard James Miller** | **s/Edward J. Sedlacek** |
| Richard James Miller | Edward J. Sedlacek |
| Miller Law Firm, P.C. | Thomas A. Christensen |
| 1051 Perimeter Drive, Suite 400 | Huck Bouma, P.C. |
| Schaumburg, Illinois 60173 | 1755 South Naperville Road, Suite 200 |
| (847) 995-1205 | Wheaton, Illinois 60189 |
| | (630) 221-1755 |