## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| VITAL SYSTEMS, INC., a Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| V. | ) ) ) | Case No. 15 cv 05840 |
| | ) ) | Judge Susan Johnson Coleman |
| IRON MOUNTAIN, INC., a Delaware corporation, | ) ) ) | Magistrate Sidney I. Schenkier |
| Defendant. | ) ) | |

## STIPULATION OF DISMISSAL

Plaintiff, Vital Systems, Inc., hereby files this Stipulation of Dismissal and request that the above-styled case be dismissed with prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

Dated: October 9, 2015            **VITAL SYSTEMS, INC.**

By: /s/Richard J. Miller
One of Plaintiff's Attorneys

RICHARD J. MILLER (ARDC #6294472)
Miller Law Firm, P.C.
1051 Perimeter Drive, Suite 400
Schaumburg, Illinois 60173
Telephone: (847) 995-1205
Facsimile: (847) 995-1204
E-mail: Richard.miller@millerlawfirm.org

1